# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **SHERRYL DARBY** | : | **Case No. 1:18CV00669** |
| **Plaintiff,** | : | **Judge Barrett** |
| v. | : | |
| **CHILDVINE, INC., et al.** | : | |
| **Defendants.** | : | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Sherryl Darby, appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 20th day of November, 2019 (Doc. 19).

Respectfully submitted,

/s/Brian J. Butler
Brian J. Butler (OH No. 0082675)
Daniel J. Treadaway (OH No. 0098000)
MEZIBOV BUTLER
615 Elsinore Place, Suite 105
Cincinnati, OH 45202
Phone: 513.621.8800
Fax: 513.621.8833
bbutler@mezibov.com
dtreadaway@mezibov.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been delivered to all parties through the Court's electronic filing system.

      /s/Brian J. Butler
      Brian J. Butler (No. 0082675)