## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  December 12, 2019

Mr. Brian Joseph Butler
Mezibov Butler
615 Elsinore Place
Suite 105
Cincinnati, OH 45202

Mr. Robert Douglas Todd
Law Office
8878 Red Lion 5 Points Road
Springboro, OH 45066

Re: Case No. 19-4214, *Sherryl Darby v. Childvine, Inc., et al*
Originating Case No. : 1:18-cv-00669

Dear Counsel,

   This appeal has been docketed as case number **19-4214** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **December 26, 2019**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

                                  Appearance of Counsel
Appellee:    Disclosure of Corporate Affiliations
                                Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                                  Sincerely yours,

                                                  s/Bryant L. Crutcher
                                                  Case Manager
                                                  Direct Dial No. 513-564-7013

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 19-4214

SHERRYL DARBY

      Plaintiff - Appellant

v.

CHILDVINE, INC.; TYLER MAYHUGH; SAMANTHA BLIZZARD

      Defendants - Appellees.